**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                                Case Number **08–16274–elf**

## *UNITED STATES BANKRUPTCY COURT*
Eastern District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
***Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing****

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/26/08 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| George R. Shaver<br>4811 Curly Hill Road<br>Apt. 1<br>Doylestown, PA 18902 | Christina Shaver<br>4811 Curly Hill Road<br>Apt. 1<br>Doylestown, PA 18902 |
| Case Number:<br>08–16274–elf | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6943<br>xxx–xx–7728 |
| Attorney for Debtor(s) (name and address):<br>MICHAEL W. GALLAGHER<br>628 East Germantown Pike<br>Lafayette Hill, PA 19444<br>Telephone number:  (610) 940–4730 | Bankruptcy Trustee (name and address):<br>BONNIE B. FINKEL<br>Bonnie B. Finkel<br>P.O. Box 1710<br>Cherry Hill, NJ 08034<br>Telephone number:  856–216–1278 |

### Meeting of Creditors
Date:  **November 17, 2008**                                 Time:  **12:00 PM**
Location:  **Holiday Inn Select, 3rd Floor Meeting Room, 4700 Street Road, Trevose, PA 19053**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/16/09**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### *Financial Management Training*
Subject to limited exceptions, pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, in order to receive a discharge under Chapter 7, the debtor must file a Certification of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. §111 within 45 days after the first date set for the meeting of creditors under §341. Failure to file the certification will result in the case being closed without entry of a discharge.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107<br>Telephone number:  (215)408–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Timothy B. McGrath |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 5:00 PM | Date:  10/21/08 |

**EXPLANATIONS**                                                      B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa            Page 1 of 2          Date Rcvd: Oct 21, 2008
Case: 08-16274                Form ID: 186NEW       Total Served: 41
```

The following entities were served by first class mail on Oct 23, 2008.
```
db        +George R. Shaver,   4811 Curly Hill Road,   Apt. 1,   Doylestown, PA 18902-9182
jdb       +Christina Shaver,   4811 Curly Hill Road,   Apt. 1,   Doylestown, PA 18902-9182
aty       +MICHAEL W. GALLAGHER,   628 East Germantown Pike,   Lafayette Hill, PA 19444-1810
tr        +BONNIE B. FINKEL,   Bonnie B. Finkel,   P.O. Box 1710,   Cherry Hill, NJ 08034-0091
smg       +City of Philadelphia,   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
           1515 Arch Street 15th Floor,   Philadelphia, PA 19102-1504
smg        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
           Harrisburg, PA  17128-0946
smg       +U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
           Philadelphia, PA 19106-4404
ust       +United States Trustee,   Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,
           Philadelphia, PA 19107-4405
11485099  +ACS,   P 0 BOX 151127,   Dallas, TX 75315-1127
11485104  +CBE Group,   P.O. Box 2695,   Waterloo, IA 50704-2695
11485105   Citicorp Credit Services Inc.,   P.O. Box 140516,   Toledo, OH  43614-0516
11485108  +Derrick & Harrison PC,   599 W. State St., Suite 301,   Doylestown, PA 18901-2567
11485109  +Doylestown Emergency Associates,   P.O. Box 3013,   Wilmington, DE 19804-0013
11485110  +Equifax Credit Information Services, Inc,   P.O. Box 740256,   Atlanta, GA 30374-0256
11485111   Experian,   P.O. Box 2002,   Allen, TX  75013-2002
11485112  +Farm & Home Oil Company,   210 Levittown Parkway,   Levittown, PA 19054-3503
11485113  +Georges Tool Rental,   3224 Bethlehem Pike,   Hatfield, PA 19440-1600
11485114  +Hollander Law Offices LLC,   P.O. Box 105130,   Atlanta, GA 30348-5130
11485115   Innovis Data Solutions,   P.O. Box 219217,   Houston, TX  77218-9217
11485116  +Landis Block & Concrete,   P.O. Box 64418,   Souderton, PA 18964-0418
11485117  +Mackell Cody Burrows Orthopaedics,   800 West State St., Suite 202,   Doylestown, PA 18901-5842
11485118  +Merrick Bank,   P.O. Box 5721,   Hicksville, NY 11802-5721
11485122   PNC Bank NA,   P.O. Box 340777,   Pittsburg, PA  15230-7777
11485120   Parlee & Tatem Radiological Assoc.,   P.O. Box 11328,   Lancaster, PA  17605-1328
11485121   Pennsylvania Department Of Revenue,   Department 280946,   Attn: Bankruptcy Division,
           Harrisburg, PA  17128-0946
11485123  +Quakertown National Bank,   P.O. Box 9005,   Quakertown, PA 18951-9005
11485124  +Select Financial Services,   P.O. Box 1070,   Jenkintown, PA 19046-7370
11485126  +Transunion,   P.O. Box 2000,   Chester, PA 19022-2002
11485127  +Verizon,   P.O. Box 660748,   Dallas, TX 75266-0748
11485129   Wells Fargo FInancial Bank,   P.O. Box 98751,   Las Vegas, NV  89193-8751
```

The following entities were served by electronic transmission on Oct 22, 2008.
```
aty        EDI: PHINAMERI.COM Oct 22 2008 05:23:00   ALICE WHITTEN,   AmeriCredit Financial Services, Inc.,
           4001 Embarcadero Drive,   Arlington, TX  76014
cr         EDI: PHINAMERI.COM Oct 22 2008 05:23:00   AmeriCredit,   PO BOX 183853,   Arlington, TX  76096
11485101   EDI: PHINAMERI.COM Oct 22 2008 05:23:00   Americredit,   P.O. Box 78143,   Phoenix, AZ  85062
11485100  +Fax: 215-368-6478 Oct 22 2008 08:45:10   American General Finance,   Pennwood Plaza,
           1801 N. Broad Street,   Lansdale, PA 19446-1141
11485102   EDI: BANKAMER.COM Oct 22 2008 05:23:00   Bank of America,   P.O. Box 15710,
           Wilmington, DE  19886-5710
11485103   EDI: CAPITALONE.COM Oct 22 2008 05:23:00   Capital One,   P.O. Box 70884,
           Charlotte, NC  28272-0884
11485106   EDI: RCSDELL.COM Oct 22 2008 05:23:00   Dell Financial Services LP,   Payment Processing Center,
           P.O. Box 6403,   Carol Stream, IL  60197-6403
11485107   EDI: IRS.COM Oct 22 2008 05:23:00   Department Of The Treasury,   Internal Revenue Service,
           P.O. Box 21126,   Philadelphia, PA  19114
11485119  +EDI: HFC.COM Oct 22 2008 05:23:00   Orchard Bank,   HSBC Card Services,   P.O. Box 17051,
           Baltimore, MD 21297-1051
11485125  +EDI: WTRRNBANK.COM Oct 22 2008 05:23:00   Target National Bank,   P.O. Box 59317,
           Minneapolis, MN 55459-0317
11485128   EDI: PROVID.COM Oct 22 2008 05:23:00   Washington Mutual Card Services,   P.O. Box 660487,
           Dallas, TX  75266-0487
11485129   EDI: WFFC.COM Oct 22 2008 05:23:00   Wells Fargo FInancial Bank,   P.O. Box 98751,
           Las Vegas, NV  89193-8751
                                                                                    TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Lisa              Page 2 of 2           Date Rcvd: Oct 21, 2008
Case: 08-16274               Form ID: 186NEW          Total Served: 41
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2008**                    **Signature:**